UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR., <br> Plaintiff, <br> v. <br> SABRINA ROXANNE FARRELL, et al., <br> Defendants. | Case No. 19-05687 EJD (PR) <br><br> **ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983, (Docket No. 1), and later a motion for leave to proceed in forma pauperis ("IFP"), (Docket No. 3). On January 14, 2020, the Court denied IFP status under 28 U.S.C. § 1915(g) because Plaintiff had three or more prior dismissals and was not under imminent danger of serious physical injury at the time of the filing of the action. (Docket No. 4.) Plaintiff was directed to pay the full filing fee no later than fourteen days from the date the order was filed, *i.e.*, no later than January 28, 2020, or face dismissal. (Id. at 4.) The deadline has since passed, and Plaintiff has failed to pay the filing fee.[1]

---

[1] The Court notes that Plaintiff filed an appeal on January 27, 2020, which is currently pending in the Ninth Circuit. (Docket Nos. 5, 6.)

Accordingly, this matter is DISMISSED for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: 2/5/2020

EDWARD J. DAVILA
United States District Judge